**UNITED STATES DISTRICT COURT**
**NORTHERN DISTRICT OF OHIO**
**EASTERN DIVISION**

| | | |
|---|---|---|
| **MARLA ANN STAMPER,** | ) | **CASE NO. 1:18CV697** |
| | ) | |
| Plaintiff, | ) | **JUDGE CHRISTOPHER A. BOYKO** |
| | ) | |
| vs. | ) | |
| | ) | |
| **COMMISSIONER OF** | ) | **ORDER** |
| **SOCIAL SECURITY,** | ) | |
| | ) | |
| Defendant. | ) | |

**CHRISTOPHER A. BOYKO, J:**

On March 27, 2018, Plaintiff filed a Complaint pursuant to Title 42 U.S.C. § 405(g). (Doc. 1). The Court referred this matter to Magistrate Judge James R. Knepp II pursuant to Local Rule 72.2. On May 8, 2019, the Magistrate Judge recommended affirming the Commissioner's decision which denied Plaintiff disability insurance benefits. (Doc. 14). Plaintiff has not filed an objection.

Federal Rule of Civil Procedure 72 provides that objections to a report and recommendation must be filed within fourteen days after service. FED. R. CIV. P. 72(b). Plaintiff has failed to timely file any such objections. Therefore, the Court must assume that Plaintiff is satisfied with the Magistrate Judge's recommendation. Any further review by this Court would

be duplicative and an inefficient use of the Court's limited resources. *Thomas v. Arn*, 728 F.2d 813 (6th Cir. 1984), *aff'd* 474 U.S. 140 (1985); *Howard v. Sec'y of Health & Human Serv.*, 932 F.2d 505 (6th Cir. 1991); *United States v. Walters*, 638 F.2d 947 (6th Cir. 1981).

Therefore, Magistrate Judge Knepp's Report and Recommendation is **ADOPTED** and the Commissioner's decision is **AFFIRMED**.

**IT IS SO ORDERED.**

           **s/ Christopher A. Boyko**
           **CHRISTOPHER A. BOYKO**
           **United States District Judge**

**Dated: June 11, 2019**